IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROSELLE SUCHARSKI, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| RANJANJUM PATEL, M.D., | : | |
| Defendant. | : | No. 12-3298 |
| | : | |

# **ORDER**

AND NOW, on January 8, 2014, it is ORDERED that Defendant Ranjanjum Patel, M.D.'s Motion in Limine to Preclude Testimony from Mark Graham, M.D., as to Increased Risk of Harm (doc. 92) is DENIED.

BY THE COURT:


/s/ Timothy R. Rice
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE